Keith BRUNDIGE, Plaintiff–Appellant,

v.

Dennis JENSEN, Defendant–Appellee.

No. 2006–1336.

United States Court of Appeals, Federal Circuit.

May 12, 2006.

Keith Brundige, pro se.

### ORDER

On April 18, 2006 the court issued an order allowing Keith Brundige ("Brundige") 14 days to object to the transfer of this case to the United States Court of Appeals for the Fourth Circuit (Fourth Circuit). Brundige has failed to file an objection within the time allowed.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) This appeal is transferred to the Fourth Circuit.